IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EDWARD V. BALDWIN, et al.          *   Case No.: 93-3442 (MD)(1)
                                    *   Case No.: MDL-875 (PAE)
        Plaintiff                   *
                                    *
v.                                  *
                                    *
ACandS, Inc., et al.,               *
                                    *
        Defendants                  *
        * * * * * * * * * * * * * * * * * *

O R D E R

1.   On Motion of Lynn Corbin and Susan Mullins for substitution in place of Edward V. Baldwin, deceased, it appearing to the Court that the said Edward V. Baldwin died intestate on March 29, 1999; that the claim asserted by him in this action was not thereby extinguished; and that Lynn Corbin and Susan Mullins have been duly appointed Successor Co-Personal Representatives of the Estate of Edward V. Baldwin, and are qualified and are acting as such.

**IT IS ORDERED,** that Lynn Corbin and Susan Mullins, Successor Co-Personal Representatives of the Estate of Edward V. Baldwin, be substituted as Plaintiffs herein in place of Edward V. Baldwin, deceased, without prejudice to any proceedings heretofore had in this action, and that the title of the action be amended accordingly.

_____
JUDGE  Charles R. Weiner

DATE: April 8, 2002

G:\WPFILES\2002DOCS.HAT\DOCHAT.025

(1)



(FedMat026)                                    **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 28th day of March, 2002, copies of the foregoing have been mailed, first class, postage prepaid, to the following:

John S. Cobb, Esquire
Jeremy W. North, Esquire
North & Cobb
7313 York Road
Towson, MD 21204-7617
  Attorneys for General Refractories Co. & Uniroyal, Inc.

Donald S. Meringer, Esquire
McCarter & English
201 N. Charles Street, Suite 2402
Baltimore, MD 21201
  Attorneys for AC&S and U.S. Minerals

John Nagle, III, Esquire
Bodie, Nagle, Dolina, Smith & Hobbs
21 W. Susquehanna Avenue
Towson, MD 21204
  E. L. Stebbings & Lloyd E. Mitchell

Deborah L. Robinson, Esquire
Robinson Woolson O'Connell, LLP
217 E. Redwood Street, Suite 1500
Baltimore, MD 21202
  Attorneys for Flintkote, Cross-Claims Defense Liaison and John Crane Houdaille, Inc.

Margaret Fonshell Ward, Esquire
Moore & Jackson, LLC
305 Washington Avenue, Suite 401
Towson, MD 21204
  Attorneys for Universal Refractories and Koppers Company, Inc.

Clerk of the Court
U.S. District Court for the District of MD
U.S. Courthouse, 101 W. Lombard Street
Baltimore, MD 21201

Keith R. Truffer, Esquire and Julia O'Hara Berk, Esquire
Royston, Mueller, McLean & Reid
102 W. Pennsylvania Ave., Suite 600
Towson, MD 21204-4575
  Attorneys for Durabla Manufacturing Company

Robert D. Klein, Esquire
Wharton Levin, Ehrmantraut, Klein & Nash, P.A.
104 West Street, P.O. Box 551
Annapolis, MD 21404-0551
  Attorneys for Mallinckrodt f/k/a IMC

Geoffrey S. Gavett, Esquire
Gavett & Datt
15850 Crabbs Branch Way, Suite 180
Rockville, MD 20850
  Attorneys for AC&R Insulation and J. H. France Refractories

John B. Isbister, Esquire
Lawrence H. Hooper, Jr., Esquire
Tydings & Rosenberg
100 E. Pratt Street
Baltimore, MD 21202
  Attorneys for Owens-Illinois, Inc.

R. Thomas Radcliffe, Esquire
Robin Silver, Esquire
Church Loker Radcliffe & Silver, P.A.
2 N. Charles Street, Suite 600
Baltimore, MD 21201
  Attorneys for Ericson, Quigley Co., Inc., CertainTeed, Maremont Corporation, Dana Corp., T&N, PLC., Pfizer, Inc., Flexitallic Gasket Co., Wagner Electric, E.I. Dupont DeNemours & Co., CBS Corporation as successor to Westinghouse Electric and FMC Corporation

M. King Hill, III, Esquire
Venable, Baetjer & Howard
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21204
  Attorneys for Rapid American Corporation & Goodyear Tire & Rubber Company

Robert C. McCormick
McCormick Asbestos Company
A/K/A MCIC, Inc.
11424 Cronhill Drive
Owings Mills, MD 21117
  Attorney for McCormick Asbestos

The Honorable Charles H. Weiner
U.S. District Court for the Eastern District of Pennsylvania
601 Market Street, Room 6613
Philadelphia, PA 19101

Clerk of the Panel
Judicial Panel On Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Fed. Judiciary Bldg.
Room G-255, North Lobby
Washington, D.C. 20002-8004

                              */s/ Marlo A. Trotta*
                              Attorney for Plaintiffs

G:\WPFILES\2002DOCS.MAT\CERTOFSVC.MAT026